**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In Re:

|  |  |  |
|---|---|---|
|  | : | Case No. 11-56463 |
| Kenneth Wayne Bridges | : | SSN: XXX-XX-7260 |
|  | : | Chapter 13 |
|  | : | Judge Preston |

Debtor.

## NOTICE OF FILING OF CHANGE OF ADDRESS

Now comes the Debtor, Kenneth Bridges, through counsel, who respectfully notifies the Court that he has moved and that his new address is as follows:

2605 Burwick Blvd.
Columbus OH 43209

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., LPA**
4876 Cemetery Road
Hilliard, OH 43026
(614) 529-8600
(614) 529-8656
jenobile@ntlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2016 a true copy of the foregoing Notice of Filing of Change of Address was served upon the following registered ECF participants, **electronically** through the court's ECF System at the email address registered with the court: The Office of the U.S. Trustee and The Chapter 13 Trustee.

/s/ James E. Nobile
James E. Nobile (0059705)
**Nobile & Thompson Co., LPA**